UNITED LEAD COMPANY, Appellant, *v.* LEHIGH VALLEY RAILROAD COMPANY, Respondent.

*United Lead Co.* v. *Lehigh Valley R. R. Co.*, 156 App. Div. 525, affirmed.

(Argued June 16, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 27, 1913, in favor of plaintiff, for an amount conceded to be due by the defendant, upon the submission of a controversy under section 1279 of the Code of Civil

Procedure. Plaintiff shipped over defendant's railroad a carload of pig tin. When the property was delivered to the consignee named in the bill of lading the discovery was made that forty pigs of tin were missing, none of which could be accounted for. The actual damage sustained by the plaintiff amounted to $1,608.13, but it is the defendant's contention that under its duly published and filed tariff provisions, incorporated in the clause inserted on the face of the bill of lading, limiting the liability of the defendant in case of loss or damage to the property to $100 per ton, the plaintiff is only entitled to recover the sum of $207.50.

*Arthur W. Clement* and *Wilson E. Tipple* for appellant.

*Stewart C. Pratt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.